# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERI MINARSKY, | : |
| Plaintiff, | : |
| v. | : 3:14-CV-02021 |
| | : (JUDGE MARIANI) |
| SUSQUEHANNA COUNTY and THOMAS YADLOSKY, | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 13TH DAY OF JANUARY, 2016**, upon consideration of Defendant Susquehanna County's Motion for Judgment on the Pleadings (Doc. 25), Defendant Thomas Yadlosky's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 17), and all accompanying briefs and relevant pleadings, **IT IS HEREBY ORDERED THAT**:

1. Defendant Susquehanna County's Motion for Judgment on the Pleadings (Doc. 25) is **DENIED**.

2. Defendant Yadlosky's Motion to Dismiss (Doc. 17) is **GRANTED IN PART** and **DENIED IN PART**, to wit:

    a. The Motion is **DENIED AS MOOT** with respect to Count IV, Gender Discrimination under the Pennsylvania Human Relations Act, in light of Plaintiff's voluntary dismissal of this Count (*see* Doc. 23 at 2, n.1).

    b. The Motion is **GRANTED** with respect to Count V, Intentional Infliction of Emotional Distress. Count V is **DISMISSED WITHOUT LEAVE TO AMEND**.

    c. The Motion is **DENIED** with respect to Count VI, Assault.

3. The stay of discovery put in place by this Court's Order (Doc. 33) dated May 14, 2015 is **HEREBY LIFTED**.

4. As per the Court's previous Order (Doc. 33), the parties **SHALL FILE** a Joint Stipulation setting new Case Management Deadlines for Court approval within **FOURTEEN (14) DAYS** of the date of this Order. If the parties are unable to agree to a Joint Stipulation, then they should so inform the Court by letter within this fourteen-day period, and the Court will schedule a Status Conference.

Robert D. Mariani
United States District Judge