AO 450 (Rev.5/85) Judgement in a Civil Case
================================================================

### UNITED STATES DISTRICT COURT    MIDDLE DISTRICT OF PENNSYLVANIA

SHERI MINARSKY                              JUDGMENT IN A CIVIL CASE

VS.                                         CASE NUMBER: 3:CV-14-2021

SUSQUEHANNA COUNTY, et al.

____ **Jury Verdict.** This action came before the Court for a Trial by Jury, The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    that judgment be entered in favor of defendant, Susquehanna County and against plaintiff, Sheri Minarsky on all claims against Susquehanna County.

June 28, 2017                               PETER WELSH
DATE                                        ACTING CLERK OF COURT

                                                              DEPUTY CLERK