UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERI MINARSKY, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION - LAW |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| SUSQUEHANNA COUNTY | : | JUDGE: ROBERT D. MARIANI |
| AND | : | |
| THOMAS YADLOSKY, JR, | : | |
| | : | |
| Defendants | : | NO. 3:14-CV-02021 |

## DEFENDANT SUSQUEHANNA COUNTY'S PROPOSED VERDICT SLIP

## Part I

1. Did Sheri Minarsky prove by a preponderance of the evidence that she was subjected to unlawful harassment by Thomas Yadlosky on the basis of her gender?

   YES_____          NO_____

   *If you answered "No" to question #1, proceed to Part II.  If you answered "Yes" to question #1, proceed to question #2.*

2. Did Sheri Minarsky prove by a preponderance of the evidence that the unlawful harassment by Thomas Yadlosky created a hostile work environment?

   YES_____          NO_____

   *If you answered "No" to question #2, proceed to Part II.  If you answered "Yes" to question #2, proceed to question #3.*

3. Did Susquehanna County prove by a preponderance of the evidence that Susquehanna County exercised reasonable care to prevent harassment in the workplace on the basis of sex, and also exercised reasonable care to promptly correct any harassing behavior that does occur?

        YES_____               NO_____

4. Did Susquehanna County prove by a preponderance of the evidence that Sheri Minarsky unreasonably fail to take advantage of any preventive or corrective opportunities provided by Susquehanna County?

        YES_____               NO_____

*If you answered "No" to either question #3 or #4, proceed to question #5. If you answered "Yes" to questions #3 and #4, proceed to Part II.*

5. If you find that Sheri Minarsky failed to prove compensatory damages, then you must award nominal damages of $1.00. Therefore, if you find that Sheri Minarsky was deprived of this federal right but suffered no actual injury as a result of that deprivation, you must enter $1.00 as nominal damages below. Please enter $0 if you find that Sheri Minarsky did suffer an actual injury as a result of a hostile work environment. You will compensate Plaintiff for that deprivation in Question #6.

    Nominal Damages:    $_____

*If you answered "$0" to Question 5, please proceed to Question 6. If you answered "$1" to Question 5, please proceed to Part II.*

6. Under the law as given to you in the Court's instructions, state the amount, if any, that you award to Sheri Minarsky against Susquehanna County for compensatory damages:

                $ _____

*Proceed to Part II.*

## **Part II**

(To be supplied by Defendant Thomas Yadlosky)

*Your deliberations have concluded.*

*After completing your deliberations, return your answers to these questions on the verdict form signed and dated by the jury foreperson to the Courtroom Deputy.*

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

Date: _____            _____
                                   Foreperson

CERTIFICATE OF SERVICE

AND NOW, this 11th day of January, 2019, Dana M. Zlotucha, a member of the firm of Kreder Brooks Hailstone LLP, served the foregoing DEFENDANT SUSQUEHANNA COUNTY'S PROPOSED VERDICT SLIP upon the undersigned counsel by electronic mail at the following address(es):

DAVID M. KOLLER, ESQUIRE
LAW OFFICES OF KOLLER LAW, P.C.
2043 LOCUST STREET, STE 1B
PHILADELPHIA, PA 19103
davidk@kollerlawfirm.com
*ATTORNEYS FOR PLAINTIFF*

STEPHANIE J. MENSING, ESQUIRE
MENSING LAW LLC
1635 MARKET STREET, SUITE 1600
PHILADELPHIA, PA 19103
stephanie@mensinglaw.com
*ATTORNEYS FOR PLAINTIFF*

GERALD J. HANCHULAK, ESQUIRE
HANCHULAK LAW OFFICES, P.C.
604 SOUTH STATE STREET
CLARKS SUMMIT, PA 18411
ghanchulak@hanchulaklaw.com
*ATTORNEYS FOR DEFENDANT, YADLOSKY*

By: */s/ Dana M. Zlotucha*