## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHERI MINARSKY,            :
                             :

       Plaintiff,        :

    v.                      :     3:14-CV-2021
                             :     (JUDGE MARIANI)

SUSQUEHANNA COUNTY, et al.,   :
                             :

      Defendants.      :

### ORDER

**AND NOW, THIS _16th_ DAY OF JANUARY, 2019**, upon receipt of Plaintiff

counsel's letter informing the Court that Plaintiff has settled the above-caption action with

Defendant Thomas Yadlosky, Jr. ("Yadlosky") (Doc. 122) and notice that Plaintiff has settled

the action with Defendant Susquehanna County, **IT IS HEREBY ORDERED THAT:**

1. This action is **DISMISSED** without costs and without prejudice to the right, upon

   good cause shown within sixty (60) days, to reinstate the action if settlement is not

   consummated.

2. Defendant Susquehanna County's and Defendant Yadlosky's motions in limine (Doc.

   84, Doc. 86, Doc. 88, Doc. 90, Doc. 92) are **DENIED AS MOOT.**

Robert D. Mariani
United States District Judge